# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0257

VERSUS

ABDELLATIF DEVOL

**JULY 5, 2022**

---

In Re:   Abdellatif Devol, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-14-0663.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT